THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Willie D. Reaves,       
Respondent,
 
 
 

v.

 
 
 
Franklin C. Reaves,       
Appellant.
 
 
 

Appeal From Marion County
Mary E. Buchan, Family Court Judge

Unpublished Opinion No. 2004-UP-546
Submitted October 1, 2004  Filed October 
 27, 2004 

AFFIRMED

 
 
 
Franklin C. Reaves, Appellant, Pro Se.
Willie D. Reaves, Respondent, Pro Se.
 
 
 

PER CURIAM:  Franklin C. Reaves appeals 
 from a bench warrant the family court issued upon his alleged failure to appear 
 as directed by a Rule to Show Cause and his failure to pay alimony.  The bench 
 warrant ordered that Reaves must pay his account current and court costs on 
 or before his release.  We affirm [1] pursuant to Rule 220, SCACR, 
 and the following authorities:  Watson v. Watson, 319 S.C. 92, 93, 460 
 S.E.2d 394, 395 (1995) (Subject matter jurisdiction refers to the courts power 
 to hear and determine cases of the general class to which the proceedings in 
 question belong.); Coon v. Coon, 356 S.C. 342, 588 S.E.2d 624, 628 (Ct. 
 App. 2003) (stating that as a general rule where there is no lack of subject 
 matter jurisdiction, the courts judgment will be binding, even if affected 
 by irregularity which would have defeated the proceeding if objection had been 
 timely and properly made); Bakala v. Bakala, 352 S.C. 612, 629 576 S.E.2d 
 156, 165 (2003) (Objections to personal jurisdiction, unlike subject matter 
 jurisdiction, are waived unless raised.); Wilder Corp. v. Wilke, 330 
 S.C. 71, 76, 497 S.E.2d 731, 733 (1998) (It is axiomatic that an issue cannot 
 be raised for the first time on appeal, but must have been raised to and ruled 
 upon by the trial judge to be preserved for appellate review.); In re McCracken, 
 346 S.C. 87, 92, 551 S.E.2d 235, 238 (2001) (stating a constitutional claim 
 must be raised and ruled upon to be preserved for appellate review).
 AFFIRMED.
HEARN, C.J., and HUFF and KITTREDGE, 
 JJ., concur.  

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.